UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

GEORGE BRIAN SMITH, JR.,

           Plaintiff,

versus

LOUISIANA NATIONAL BANK,

           Defendant.

Case No. 3:21-CV-03362

JUDGE TERRY A. DOUGHTY

MAG. JUDGE KAYLA D. MCCLUSKY

## JOINT STIPULATION

NOW INTO COURT, though undersigned counsel, comes plaintiff, George Brian Smith, Jr., and defendant, Louisiana National Bank and, in response to paragraph (5) of the Court's October 20, 2021 Case Order [Doc. 23], stipulate that all matters at issue in this action have been fully and finally compromised. The parties therefore respectfully request that the Court dismiss this action with prejudice.

           Respectfully submitted,

           TAYLOR WELLONS POLITZ & DUHE, APLC

           */s/ Stephen T. Perkins*
           D. Scott Rainwater, (#30683)
           STEPHEN T. PERKINS (#21014)
           1555 Poydras Street, Suite 2000
           New Orleans, LA 70112
           Telephone: (504) 525-9888
           Facsimile: (504) 525-9899
           Email: ppolitz@twpdlaw.com
           Email: sperkins@twpdlaw.com

           *Attorneys for Plaintiff*

           And

        LAW OFFICES OF WOODARD, CLEMENT & WOODARD

        */s/Russell A. Woodard*
        Russell A. Woodard (#34163)
        114 North Trenton Street
        Ruston, Louisiana 71270-4322
        Telephone:  (318) 255-4898
        Facsimile:   (318) 255-48979
        Email:  ppolitz@twpdlaw.com
        Email:  sperkins@twpdlaw.com

        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic system.

        */s/ Stephen T. Perkins*
        STEPHEN T PERKINS